# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

CURTIS YEAGER,

       Petitioner

**V.**                              Case No.  05-0054-CV-W-ODS-P

MICHAEL KEMNA,

       Respondent

G     **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

O     **DECISION OF THE COURT**.  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED**:  the petition for writ of habeas corpus is denied; and this case is dismissed with prejudice. (ODS)(dw)

Entered on: 6/17/05

                                     P.L. BRUNE
                                     CLERK OF COURT

                                     D.M. WEINZERL
                                     (By) Deputy Clerk